UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DARNELL JENKINS**,

      Plaintiff,

vs.                                                                    Civil No. 8:22-cv-00292

**SH SENIOR HOLDINGS, LLC, SRI
MANAGEMENT, LLC, d/b/a HERON
CLUB AT PRESTANCIA,**

      Defendants.
_____/

## <u>DEFENDANTS' *UNOPPOSED* MOTION  FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>

Defendants, SH Senior Holdings, LLC, SRI Management, LLC, d/b/a Heron Club at Prestancia (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and M.D. Local Rule 3.01(g), file this motion seeking an extension of time to respond to the Complaint filed by Plaintiff, Darnell Jenkins ("Plaintiff"), to which Plaintiff has **consented**.  Specifically, Defendants request a 14-day extension to respond to the Complaint, thereby extending the **current deadline of May 3, 2022 to May 17, 2022**.  In further support, Defendants state:

1.     On February 3, 2022, Plaintiff filed a ten-count Complaint against Defendants alleging claims for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA").

2.     On April 12, 2022, Defendants were served with Plaintiff's Complaint, thereby making Defendants' response due on May 3, 2022.

3.     Counsel for Defendants were recently retained, need additional time to investigate and respond to the numerous allegations made by Plaintiff. Defendants therefore request a brief, fourteen (14) day extension of time, through and including May 17, 2022, in which to respond to Plaintiff's Complaint. Defendants have not previously requested any extensions in this case.

4.     Defendant's request is made in good faith and not for any improper purpose or to cause unnecessary delay. Counsel for all parties have conferred on this matter, and Plaintiff has no objection to the relief requested by Defendants.

5.     Federal Rule of Civil Procedure 6(b)(1) provides that the Court may enlarge the time in which an act is required or allowed to be done if the request is made before the expiration of the period originally prescribed or as extended by previous order.  Defendants respectfully assert that they have demonstrated good cause for such an extension based upon the matters set forth herein.

**WHEREFORE**, Defendants respectfully request that this Court grant an extension through and including May 17, 2022 for Defendants to respond to Plaintiff's Complaint.

## <u>LOCAL RULE 3.01(G) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), on May 3, 2022, counsel for Defendants conferred with counsel for Plaintiff by e-mail regarding the requested extension. Plaintiff's counsel indicated that Plaintiff consents to Defendants' requested relief.

Dated: May 3, 2022.                    Respectfully submitted,

*/s/ Phillip J. Harris*
**Phillip J. Harris, Esq.**
Florida Bar Number:  44107
Email:  phillip.harris@akerman.com
**Emily C. Ayvazian, Esq.**
Florida Bar Number:  1005563
Email:  Emily.ayvazian@akerman.com
**AKERMAN LLP**
401 E. Jackson Street
Suite 1700
Tampa, FL  33602-5250
Phone:  (813) 223-7333
Fax:  (813) 223-2837

*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  May 3, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Phillip J. Harris*          
*Attorney*
